UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                    Chapter 13

Della Chubb,                                              Case No. 09-60618

      Debtor.                                     Hon. Phillip J. Shefferly
_____/

**ORDER (1) DENYING TRUSTEE'S OBJECTION TO THE
ALLOWANCE OF CONSUMERS ENERGY COMPANY'S PROOF OF CLAIM;
AND (2) STRIKING CONSUMERS ENERGY COMPANY'S PROOF OF CLAIM AND
RESTRICTING PUBLIC ACCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9037**

      On March 15, 2010, the Court issued an Opinion (1) Denying Trustee's Objection to the Allowance of Consumers Energy Company's Proof of Claim; and (2) Striking Consumers Energy Company's Proof of Claim and Restricting Public Access Under Federal Rule of Bankruptcy Procedure 9037. For the reasons set forth in the opinion,

      **IT IS HEREBY ORDERED** that the Trustee's objection to the allowance of Consumers Energy Company's claim is denied.

      **IT IS FURTHER ORDERED** that proof of claim number 10-1 filed by Consumers Energy Company is stricken and restricted from public view, without prejudice to the right of Consumers Energy Company to file an amended proof of claim that complies with Fed. R. Bankr. P. 9037.

**Signed on March 15, 2010**

                                                                **/s/ Phillip J. Shefferly**
                                                                  **Phillip J. Shefferly**
                                                                  **United States Bankruptcy Judge**